IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR8 |
| vs. | |
| IVAN LIMA-OLIVARRIA, | ORDER |
| Defendant. | |

This matter is before the court on Defendant's Motion to Extend the Pretrial Motions Deadline [22]. For good cause shown, I find that the motion should be granted. Defendant will be given a 7-day extension. Pretrial Motions shall be filed by March 20, 2023.

IT IS ORDERED:

1. Defendant's Motion to Extend the Pretrial Motions Deadline [22] is granted. Pretrial motions shall be filed on or before March 20, 2023.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 13, 2023 and March 20, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 14th day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge