# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>  vs.<br><br>IVAN LIMA OLIVARRIA,<br><br>                         Defendant. | 8:23CR8<br><br>ORDER |

The defendant has filed a Motion to Suppress and Request for Hearing (Filing No. 24). Accordingly,

**IT IS ORDERED:**

1. On or before **April 3, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **April 10, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **April 17, 2023**, the parties shall deliver to the undersigned's chambers via email to bazis@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **April 24, 2023, at 10:30 AM.** Conferencing instructions will be provided under a separate order.

                                                      BY THE COURT: