IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>IVAN LIMA-OLIVARRIA,<br><br>        Defendant. | **8:23CR8**<br><br>**ORDER** |

Before the Court is Defendant's Motion to Withdraw Document [42]. Due to the Change of Plea hearing held on 10/25/2023, Counsel's request that the Motion to Suppress [24] and the accompanying Brief [25] be withdrawn.

It is therefore ordered that the Motion to Withdraw Document [42] is granted and the Motion to Suppress [24] and its accompanying Brief [25] are deemed withdrawn.

Dated this 27th day of October 2023.

By the Court:

s/Susan M. Bazis
United States Magistrate Judge